# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Christopher William Dekker        :        Chapter 13
                    Debtor                :        Bky. No.: 25-13887-djb

## CERTIFICATION OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor, certify I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Bankruptcy Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: October 8, 2025        By:    /s/ Joseph Quinn
                                    Joseph Quinn, Esquire
                                    Attorney I.D. No. 307467
                                    **ROSS, QUINN & PLOPPERT, P.C.**
                                    192 S. Hanover Street, Suite 101
                                    Pottstown, PA 19464
                                    T: 610.323.5300
                                    JQuinn@rqplaw.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

*On September 24, 2025*

Kenneth E. West, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com
Chapter 13 Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail        ☐ Certified Mail        ☐ e-mail:
        ☐ Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail        ☐ Certified Mail        ☐ e-mail:
        ☐ Other:

1

**<u>On October 8, 2025</u>**

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
           ☐ Other:

Amy F. Doyle, Esquire
Jaffe & Asher, LLP
11 East Market Street, Suite 102
York, PA 17401
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
           ☐ Other:

CarMax Auto Finance
Attn: Bankruptcy
12800 Tuckahoe Creek Pkwy
Richman, VA 23238
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
           ☐ Other:

CarMax Business Services, LLC
Attn: Bankruptcy Department
225 Chastain Meadows Court, Ste 210
Kennesaw, GA 30144
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
           ☐ Other:

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
           ☐ Other:

M & T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

M&T Bank
KML Law Group, P.C.
c/o Matthew Fissel, Esq.
701 Market Street, Suite 5000
Philadelphia PA 19106-1532
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

M&T Bank
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

M&T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other: