Certificate Number: 05781-PAE-DE-040193644

Bankruptcy Case Number: 25-13887



05781-PAE-DE-040193644

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 13, 2025,</u> at <u>2:03</u> o'clock <u>PM PDT</u>, <u>Christopher Dekker</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 13, 2025</u>          By:    <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>