# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Christopher William Dekker, | : | Chapter 13 |
| Debtor | : | Bky. No.: 25-13887-djb |

## CERTIFICATION OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on October 30, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Schedule E/F
- 341 Notice
- Case Docket Report

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: October 30, 2025        By:    /s/ Joseph Quinn
                                     Joseph Quinn, Esquire
                                     Attorney I.D. No. 307467
                                     **ROSS, QUINN & PLOPPERT, P.C.**
                                     192 S. Hanover Street, Suite 101
                                     Pottstown, PA 19464
                                     T: 610.323.5300
                                     JQuinn@rqplaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Matthew K. Fissel
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com
On behalf of Creditor M&T BANK
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Kenneth E. West, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com
Chapter 13 Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Berkheimer Tax Administrator
HAB DLT Legal, PO Box 20662
Lehigh Valley, PA 18002-0662
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

David R. Gordon, Esq.
1883 Jory Road
Pen Argyl, PA 18072
On Behalf of Berkheimer Tax Administrator
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Division of Child Support Enforcement
Suffolk District Office
PO Box 28450
Richmond, VA 23228-8450
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other: