**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **Christopher William Dekker**      :      **Chapter 13**
                        **Debtor**      :      **Bky. No.: 25-13887-djb**

**CERTIFICATION OF SERVICE**

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on April 15, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Third Amended Chapter 13 Bankruptcy Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: <u>April 15, 2026</u>            By:      <u>*/s/ Joseph Quinn*</u>
                                        Joseph Quinn, Esquire
                                        Attorney I.D. No. 307467
                                        **ROSS, QUINN & PLOPPERT, P.C.**
                                        192 S. Hanover Street, Suite 101
                                        Pottstown, PA 19464
                                        T: 610.323.5300
                                        JQuinn@rqplaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701
Creditor
Via:      ☐ CM/ECF      ☒ 1ˢᵗ Class Mail      ☐ Certified Mail      ☐ e-mail:
            ☐ Other:

1

Atlas Acquisitions LLC
on behalf of Independence Capital Recove
492C Cedar Lane, Ste 442
Teaneck, NJ 07666
Creditor
Via:　☐ CM/ECF　☒1st Class Mail　☐Certified Mail　☐e-mail:
　　　☐Other:

Berkheimer, Agent for Pottsgrove SD/
Lower Pottsgrove
c/o David Gordon, Esquire
1883 Jory Road
Pen Argyl, PA 18072
Creditor
Via:　☐ CM/ECF　☒1st Class Mail　☐Certified Mail　☐e-mail:
　　　☐Other:

CarMax Business Services, LLC
Attn: Bankruptcy Department
225 Chastain Meadows Court, Ste 210
Kennesaw, GA 30144
Creditor
Via:　☐ CM/ECF　☐1st Class Mail　☒Certified Mail: 9589 0710 5270 2409 1923 45
　　　☐e-mail:　☐Other:

Credit Collection Services
Attn: Bankruptcy
725 Canton Street
Norwood, MA 02062
Creditor
Via:　☐ CM/ECF　☒1st Class Mail　☐Certified Mail　☐e-mail:
　　　☐Other:

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617
Creditor
Via:　☐ CM/ECF　☒1st Class Mail　☐Certified Mail　☐e-mail:
　　　☐Other:

2

M&T Bank, Attn: Bankruptcy
PO Box 844, Buffalo, NY 14240
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Synchrony Bank/Care Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Virginia Division of Child
Support Enforcement
Bankruptcy Unit
P.O. Box 71900
Henrico, VA 23255
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Amy F. Doyle, Esquire
Jaffe & Asher, LLP
11 East Market Street, Suite 102
York, PA 17401
Attorney
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Matthew K. Fissel, Esquire
M&T Bank
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com
Creditor
Via:    ☒ CM/ECF    ☐1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Kenneth E. West, Esquire
ecfemails@ph13trustee.com, philaecf@gmail.com
Standing Chapter 13 Trustee
Via:    ☒ CM/ECF    ☐1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

3

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:       ☒ CM/ECF    ☐1ˢᵗ Class Mail       ☐Certified Mail       ☐e-mail:
☐Other: