United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-13887-djb

Christopher William Dekker                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                              Page 1 of 2

Date Rcvd: May 28, 2026                  Form ID: 155                          Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Christopher William Dekker, 858 Crest View Lane, Pottstown, PA 19464-2014 |
| 15054019 | + | Amy F. Doyle, Esquire, Jaffe & Asher, LLP, 11 East Market Street, Suite 102, York, PA 17401-1263 |
| 15068844 | + | BERKHEIMER, AGENT FOR: POTTSGROVE SD/LOWER POTTSGR, C/o David Gordon, esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 15066654 | | Berkheimer Tax Administrator, HAB DLT Legal, PO Box 20662, Lehigh Valley, PA 18002-0662 |
| 15066655 | + | David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 15066656 | | Division of Child Support Enforcement, Suffolk District Office, PO Box 28450, Richmond, VA 23228-8450 |
| 15055660 | + | M&T Bank, KML Law Group, P.C., c/o Matthew Fissel, Esq., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 15069289 | | Email/Text: bnc@atlasacq.com | May 29 2026 01:14:00 | Atlas Acquisitions LLC, on behalf of Independence Capital Recove, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15068330 | | Email/PDF: bncnotices@becket-lee.com | May 29 2026 01:17:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15054018 | + | Email/PDF: bncnotices@becket-lee.com | May 29 2026 01:18:12 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 15058076 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | May 29 2026 01:14:00 | CarMax Business Services, LLC, Attn: Bankruptcy Department, 225 Chastain Meadows Court, Ste 210, Kennesaw, GA 30144 |
| 15054020 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | May 29 2026 01:14:00 | CarMax Auto Finance, Attn: Bankruptcy, 12800 Tuckahoe Creek Pkwy, Richman, VA 23238 |
| 15054021 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 29 2026 01:15:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15072417 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 29 2026 01:14:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15078615 | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2026 01:17:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15054022 | | Email/Text: camanagement@mtb.com | May 29 2026 01:14:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15072767 | | Email/Text: camanagement@mtb.com | May 29 2026 01:14:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15080562 | + | Email/Text: camanagement@mtb.com | May 29 2026 01:14:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 15055508 | ^ | MEBN | May 29 2026 01:12:51 | M&T Bank, C/O KML Law Group, 701 Market |

District/off: 0313-2        User: admin        Page 2 of 2

Date Rcvd: May 28, 2026        Form ID: 155        Total Noticed: 21

| Recip ID | | Notice | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15054024 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2026 01:18:11 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15076215 | + | Email/Text: bankruptcy@dss.virginia.gov | May 29 2026 01:14:00 | Virginia Division of Child Support Enforcement, Bankruptcy Unit, P.O. Box 71900, Henrico, VA 23255-1900 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15068336 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15054023 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Christopher William Dekker CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Christopher William Dekker | ) | Case No. 25−13887−djb |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 28, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court